AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | | |
|---|---|---|---|
| United States of America | ) | | |
| v. | ) | | |
| James Jah | ) | Case No. | 4:26-mj-4166_DHH |
| | ) | | |
| *Defendant* | ) | | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court.  A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date:    June 10, 2026

s/ James Jah
*Defendant's signature*

s/ Jeffrey Miller
*Signature of defendant's attorney*

Jeffrey Miller, BBO 670561
*Printed name and bar number of defendant's attorney*

529 Main St., Ste. 200
Boston, MA 02129

*Address of defendant's attorney*

jmiller@millercriminaldefense.com
*E-mail address of defendant's attorney*

857-919-3647
*Telephone number of defendant's attorney*

617-419-1056
*FAX number of defendant's attorney*

Print    Save As...    Reset