**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____
                                    )
UNITED STATES OF AMERICA            )
                                    )
v.                                  )          CRIMINAL NO. 4:26-mj-4166-DHH
                                    )
JAMES JAH,                          )
        Defendant                   )
_____)


**PARTIALLY ASSENTED TO MOTION TO MODIFY CONDITIONS OF RELEASE**

The Defendant moves this Honorable Court to modify his conditions of release to allow travel as outlined below.  When the Defendant made his initial appearance in New Jersey, a condition was imposed limiting travel to New Jersey and Massachusetts (for Court appearances and the meet with his attorney).  Mr. Jah moves this Honorable Court to allow travel, unrestricted, to NJ, NY, CT, PA, MA, RI, CT, NH, Maine, and VT.

In support of this motion, Mr. Jah resides on NJ.  He works as a barber.  In addition, Mr. Jah has created a clothing line and prior to his arrest in this case, would travel to NY to source materials for his clothing line.  In addition, Mr. Jah's mother resides in Central MA.  She struggles with several health issues.  Prior to his arrest, Mr. Jah would visit his mother in MA to help with a variety of tasks which her health problems have made more difficult.

AUSA Bennett assents to the motion.  Probation assents to the motion but is asking that the Defendant obtain approval from probation prior to traveling to any of the above-referenced states.  The Defendant is asking to simply remove the travel

restriction to any of the above-referenced states and allow him to travel freely in those states referenced above.

WHEREFORE, the Defendant respectfully requests this Honorable Court GRANT his motion to modify his conditions of release as outlined above.

DATE:  July 9, 2026

Respectfully submitted,
James Jah
By his attorney,

/s/ Jeffrey Miller
Jeffrey Miller, Esq.
529 Main St., ste. 200
Boston, MA 0229
BBO # 670561
(857) 919-3647
jmiller@millercriminaldefense.com

### CERTIFICATE OF SERVICE

I, Jeffrey Miller, hereby certify that this document, filed through the ECF System on July 9, 2026, will be electronically sent to the registered participants as identified on the Notice of Electronic Filing (NEF), and that papers will be sent to all non-registered participants who have appeared in this case.

/s/ Jeffrey Miller
Jeffrey Miller